BEATRICE S. FOSTER, Appellant, v. HUBBELL-COLIGNI CORP., Respondent.— Action to recover damages based upon an alleged overcharge in maximum rent for housing accommodations. Plaintiff appeals from so much of an order,

made upon his motion to strike out the five affirmative defenses contained in the answer on the ground of insufficiency, as denies the motion with respect to the first defense and grants leave to defendant to plead the second defense as a partial defense. Order of the County Court, Westchester County, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur. [See post, p. 893.]